478

## Ex parte ROBERTS.
### No. 18140.

Court of Criminal Appeals of Texas.
Nov. 6, 1935.

Fred Woodard, of Crane, and Mae M. Ament, of Alpine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

From an order remanding appellant to the custody of the sheriff upon a hearing of an application for a writ of habeas corpus, appellant attempts to bring this case here on appeal.

We observe in the record no notice of appeal given and entered as required by law. The only way this court acquires jurisdiction of an appealed case is by the giving and entry of a proper notice of appeal.

Being without jurisdiction, the appeal is dismissed.

## REYNOLDS v. STATE.
### No. 18160.

Court of Criminal Appeals of Texas.
Nov. 6, 1935.

Pete Turner, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

It has been made known to this court by the affidavit of the county attorney of Taylor county, dated October 12, 1935, that the appellant is dead, having died after his appeal was perfected. The death of the appellant deprives this court of jurisdiction of the appeal.

Therefore, the appeal is abated.